```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 11724
   MARIAN MONICA
                                             CHAPTER 13

                                             JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-1847

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/24/2004 and was confirmed 05/18/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  30.00%.

     The case was paid in full 02/15/2008.
--------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------
FIRST BANK & TRUST OF EV  SECURED           6805.88        691.46       6805.88
WASHINGTON MUTUAL         CURRENT MORTG         .00           .00            .00
CHASE FREEDOM             UNSECURED        NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED         4882.50           .00        1464.75
ECAST SETTLEMENT CORP     UNSECURED         2167.35           .00         650.21
DISCOVER FINANCIAL SERVI  UNSECURED        NOT FILED          .00            .00
FIRST USA BANK NA         UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED         9251.49           .00        2775.45
ECAST SETTLEMENT CORP     UNSECURED         5390.05           .00        1617.02
LVNV FUNDING LLC          UNSECURED         4903.45           .00        1471.04
PROVIDIAN BANK            UNSECURED        NOT FILED          .00            .00
US BANK/ELAN/RETAIL PAYM  UNSECURED         8637.56           .00        2591.27
HOUSEHOLD                 NOTICE ONLY      NOT FILED          .00            .00
CENTRAL OPTICAL CENTER I  UNSECURED        NOT FILED          .00            .00
MIROSLAW SOCHANSKI MD     UNSECURED        NOT FILED          .00            .00
MIROSLAW SOCHANSKI MD     UNSECURED        NOT FILED          .00            .00
MIROSLAW SOCHANSKI MD     UNSECURED        NOT FILED          .00            .00
NORTHWEST CHICAGO DENTAL  UNSECURED        NOT FILED          .00            .00
NORTHWEST CHICAGO DENTAL  UNSECURED        NOT FILED          .00            .00
WIESLAW WOJNARSKI         UNSECURED        NOT FILED          .00            .00
WIESLAW WOJNARSKI         UNSECURED        NOT FILED          .00            .00
DIAGNOSTIC IMAGING ASSOC  UNSECURED        NOT FILED          .00            .00
MARVIN TIESENGA MD        UNSECURED        NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       1,744.00                     1,744.00
TOM VAUGHN                TRUSTEE                                        1,139.18
DEBTOR REFUND             REFUND                                         1,129.74

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   22,080.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 11724 MARIAN MONICA
```

```
PRIORITY                                                         .00
SECURED                                                     6,805.88
    INTEREST                                                  691.46
UNSECURED                                                  10,569.74
ADMINISTRATIVE                                              1,744.00
TRUSTEE COMPENSATION                                        1,139.18
DEBTOR REFUND                                               1,129.74
                                        ---------------  ---------------
TOTALS                                       22,080.00        22,080.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```